UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HPK MANAGEMENT D.O.O. and HPK ENGINEERING B.V.,<br><br>                    Petitioners,<br><br>          v.<br><br>REPUBLIC OF SERBIA and ŽELEZARA SMEDEREVO D.O.O.,<br><br>                    Respondents. | Civ. No.  1:18-cv-1773<br><br>**RULE 7.1 STATEMENT** |

As counsel of record for Petitioners HPK Management D.O.O. ("HPK Management") and HPK Engineering B.V. ("HPK Engineering"), I hereby certify to the best of my knowledge and belief that the following are parent companies, subsidiaries or affiliates of HPK Management and/or HPK Engineering that have any outstanding securities in the hands of the public:  HPK Management is wholly owned by HPK Engineering.  No publicly-owned company holds any stake in HPK Engineering.

These representations are made in accordance with Local Civil Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia in order that judges of this Court may determine the need for recusal.

|  |  |
|---|---|
| Dated: New York, New York<br>July 30, 2018 | CHAFFETZ LINDSEY LLP<br><br>By: /s/ Andreas A. Frischknecht<br>    Andreas A. Frischknecht<br>    DC Bar No. NY0213<br><br>James M. Hosking<br>(pending *pro hac* admission)<br>Gretta L. Walters<br>(pending *pro hac* admission)<br>1700 Broadway, 33rd Floor<br>New York, NY 10019<br>Tel. (212) 257-6960<br>Fax. (212) 257-6950<br>a.frischknecht@chaffetzlindsey.com<br>g.walters@chaffetzlindsey.com<br><br>*Attorneys for HPK Management D.O.O.*<br>*and HPK Engineering B.V.* |