# EXHIBIT C



Humphries Kerstetter LLP
St. Bartholomew's House
92 Fleet Street
London EC4Y 1DH

+44 207 632 6900
office@humphrieskerstetter.com
www.humphrieskerstetter.com

Ms Senka Mihaj
Law Office Mihaj Ilic Milanovic
Belgrade
Email: senka.mihaj@mim-law.com

Mr Nebojsa Andjelkovic
Law Office Andjelkovic
Belgrade
Email: nebojsa.angellaw@yahoo.com

Dr Radomir Milosevic
Law Office Milosevic
Belgrade
Email: r.milosevic@lawmilos.rs

Dr Miroslav Paunovic
Law Office Paunovic
Belgrade
Email: paunovic.law@eunet.rs

Prof. dr Vladimir Pavic
Faculty of Law, University of Belgrade
Belgrade
Email: pavic@ius.bg.ac.rs

Prof. dr Dusan Popovic
Faculty of Law, University of Belgrade
Belgrade
Email: dusan.popovic@ius.bg.ac.rs

Our Ref: KK/AP/ES
Your Ref: 163397

18 May 2018

**By Email**

Dear Sirs

**HPK Management D.O.O. and HPK Engineering B.V. v The Republic of Serbia and Železara Smederevo D.O.O. - Arbitration No: 163397**

We refer to the arbitral award dated 11 May 2018 issued by the LCIA arbitral tribunal in the above matter (the "**Award**").

Humphries Kerstetter and HK LLP are the trading names of Humphries Kerstetter LLP, a limited liability partnership registered in England and Wales with registered number OC380131. It is a law firm authorised and regulated by the Solicitors Regulation Authority.

Members: Mark Humphries, Kristopher Kerstetter, Christopher Braithwaite & James Russell.



The Award orders Zelezara Smederevo d.o.o. ("**Zelezara**") to make payment to HPK Management d.o.o. (the "**Company**") of the following sums and interest thereon, as set out more particularly in the schedule attached to this letter:

   a. **USD 10,000,000** being the Privatisation Bonus due to the Company under the Management and Consultancy Services Agreement dated 21 March 2015 (the "**MSA**"), together with simple interest on that amount for the periods and at the rates as set out in the Award, being a sum of **USD 1,678,801.37**;
   b. **RSD 100,566,504** being Management Fees due under the MSA for the months of May and June 2016, together with simple interest on that amount for the periods and at the rates as set out in the Award, being a sum of **RSD 22,846,833.50**;
   c. **GBP 1,112,511.20** being the Company's allowed Legal Costs incurred in the arbitration, against which the Company is prepared to give credit for the sum of **GBP 4,868.08**, being the balance of overpaid VAT on the costs of the arbitration, as referred to at clause 'g' of the Award.

**Demand**

Accordingly, the Company requests Zelezara make immediate payment of these amounts, and in any event within 28 days, together with payment of such additional interest as accruing from the date of demand at the rates set out in the Award. Payment should be made to the following account:

| | |
|---|---|
| Account Number: | 30023743000 |
| BBAN: | 170003002374300098 |
| IBAN: | RS35170003002374300098 |
| SWIFT: | BACXRSBG |
| Bank: | UNICREDIT BANK SRBIJA A.D |
| | RAJICEVA 27-29, BELGRADE 11 000 |
| | Serbia |

For the purpose of such payment only, foreign currency amounts should be made in Dinar after conversion using the National Bank of Serbia's middle RSD exchange rates, as published on the date of payment.

Yours faithfully

*Humphries Kerstetter LLP*

Humphries Kerstetter LLP



## Schedule

**USD 10,000,000**

| Period | Rate | Days | Interest |
| --- | --- | --- | --- |
| 01/07/2016 - 15/12/2016 | 8.375% | 168 | USD 385,479.45 |
| 16/12/2016 - 16/03/2017 | 8.625% | 91 | USD 215,034.25 |
| 17/03/2017 - 15/06/2017 | 8.875% | 91 | USD 221,267.12 |
| 16/06/2017 - 14/12/2017 | 9.125% | 182 | USD 455,000.00 |
| 15/12/2017 - 22/03/2018 | 9.375% | 98 | USD 251,712.33 |
| 23/03/2018 - 18/05/2018 | 9.625% | 57 | USD 150,308.22 |
| | | | **USD 1,678,801.37** |

**RSD 50,225,412**

| Period | Rate | Days | Interest |
| --- | --- | --- | --- |
| 01/06/2016 - 07/07/2016 | 12.25% | 37 | RSD 623,689.53 |
| 08/07/2016 -07/09/2017 | 12.00% | 427 | RSD 7,050,822.22 |
| 08/09/2017 - 09/10/2017 | 11.75% | 32 | RSD 517,390.55 |
| 10/10/2017 - 14/03/2018 | 11.50% | 156 | RSD 2,468,613.40 |
| 15/03/2018 - 18/05/2018 | 11.25% | 65 | RSD 1,006,228.29 |
| | | | **RSD 11,666,743.99** |

**RSD 50,311,092**

| Period | Rate | Days | Interest |
| --- | --- | --- | --- |
| 01/07/2016 - 07/07/2016 | 12.25% | 7 | RSD 118,196.61 |
| 08/07/2016 -07/09/2017 | 12.00% | 427 | RSD 7,062,850.29 |
| 08/09/2017 - 09/10/2017 | 11.75% | 32 | RSD 518,273.17 |
| 10/10/2017 - 14/03/2018 | 11.50% | 156 | RSD 2,472,824.63 |
| 15/03/2018 - 18/05/2018 | 11.25% | 65 | RSD 1,007,944.82 |
| | | | **RSD 11,180,089.51** |