# EXHIBIT E

| |
|---|
| **ŽELEZARA SMEDEREVO D.O.O.** |
| **S M E D E R E V O** |
| No. <u>203/3</u> |
| Date: <u>25 June 2016 4 9:00</u> (1) |

**DECISION TO INCORPORATE**
**ŽELEZARA SMEDEREVO DOO**



1

On the basis of Articles 11, 12, and 141 of the Commercial Companies Act (Official Gazette of the Republic of Serbia, nos. 36/2011, 99/2011, 83/2014—State Act, and 5/2015) (hereinafter, **the Act**), and Article 23 of the Decision to Incorporate Železara Smederevo d.o.o. dated 23 April 2015, the Republic of Serbia, as the sole member and founder (hereafter **Founder**) of PRIVREDNO DRUŠTVO ZA PROIZVODNJU I PRERADU ČELIKA ŽELEZARA SMEDEREVO DOO SMEDEREVO, incorporated in accordance with the legislation of the Republic of Serbia, with its registered office in Radinac, Smederevo, Corporate Registration No.: 07342691, Taxpayer ID No.: 103125366 (hereinafter **the Company**), acting through the General Meeting of Shareholders, on 25 June 2016, hereby issues the following:

### DECISION TO INCORPORATE
### ŽELEZARA SMEDEREVO DOO

**Introductory provisions and subject matter of the memorandum of incorporation**

This decision to incorporate (hereinafter **Memorandum of Incorporation)** is a new Memorandum of Incorporation of the Company and completely replaces the previous memorandum of incorporation issued and amendments and supplements thereto.

**Founder**

### Article 1

The Founder of the Company is the Republic of Serbia.

**Legal form, trading name, registered office, main activity**

### Article 2

The Company has the form of a limited liability company.

### Article 3

The trading name of the Company is PRIVREDNO DRUŠTVO ZA PROIZVODNJU I PRERADU ČELIKA ŽELEZARA SMEDEREVO DOO SMEDEREVO.

The abbreviated trading name of the Company is: ŽELEZARA SMEDEREVO DOO.

Decisions to change the trading name of the Company are made by the Founder, in accordance with this Memorandum of Incorporation.

The trading name of the Company and the abbreviated trading name are registered in accordance with the relevant provisions.

### Article 4

The registered office of the Company is in Smederevo, at the address Radinac, 11300 Smederevo.

Decisions to change the registered office of the Company are made by the Founder, in accordance with this Memorandum of Incorporation.

The Company may but need not have a seal and a stamp.

If a seal is used, it is round and contains the trading name or abbreviated name of the Company.

The Directors determine how the seal is used, kept, and destroyed.

If a stamp is used, it is rectangular and contains the abbreviated trading name of the Company and space for entering the reference number and the date on which the document was entered in the registry.

The Company may have a sign that denotes its main activity.

The Founder determines the Company's sign.

### Article 5

The main activity of the Company is: 24.10 Production of pig iron, steel, and ferroalloys.

The Company may carry out other activities too, in accordance with statute, including foreign trade in connection with the fulfilment of requirements stipulated by statute.

The Founder makes decisions to change the main activity of the Company, in accordance with this Memorandum of Incorporation.

### Article 6

The Company is liable for its obligations to the value of all of its assets.

The Founder is not liable for the obligations of the Company except in those situations envisaged in statute.

**Capital, shares**

### Article 7

The contribution made by the Founder to the Company constitutes its share capital and in total equals 19,496,287,058.7117 dinars.

The Company's total subscribed capital deriving from a cash contribution is 16,740,285,582.20 dinars.

The Company's total paid-up capital deriving from a cash contribution is 16,740,285,582.20 dinars, as of 13 June 2012.

The Company's total subscribed capital deriving from a contribution in kind is 2,756,001,476.5117 dinars.

The Company's total contributed capital deriving from a contribution in kind is 2,756,001,476.5117 dinars, of which 611,303,012.5 dinars was contributed on 27 August 2013 in rights, 34,716,356.8703 dinars was contributed on 30 June 2007 in assets, and 2,109,982,107.1414 dinars was contributed on 25 August 2003 in assets.

### Article 8

The shares in the Company's share capital are as follows:

– **The Republic of Serbia** holds **100%** of the shares in the Company's share capital.

### Article 9

The Company's share capital may be increased by adding new shares thereto, by converting available reserves into share capital, by converting additional receipts into share capital, by converting balances owed by the Company into share capital, through reclassification resulting in an increase in share capital, or in any other way governed by the relevant provisions.

The Company's share capital may be increased under a decision by the Founder, in accordance with statute and this Memorandum of Incorporation.

## Article 10

The Company's share capital may be reduced under a decision by the Founder, in accordance with statute and this Memorandum of Incorporation, but to no lower than the minimum share capital stipulated in statute.

A reduction in the share capital of the Company on one basis may be effected at the same time as an increase in the share capital on another basis in accordance with statute.

Registration of an increase or a reduction in the share capital of the Company is performed in accordance with statute.

**Governing bodies of the Company**

## Article 11

The Company's management is conducted through a single tier.

The governing bodies of the Company are:

1. The General Meeting of Shareholders
2. The Director

**General Meeting of Shareholders**

## Article 12

The Founder fulfils the role of General Meeting of Shareholders, in accordance with statute.

The Founder has powers vested under this Memorandum of Incorporation and statute.

## Article 13

In accordance with this Memorandum of Incorporation, the Founder decides on the following:

1. Approving changes to the decision to incorporate
2. Approving financial statements and auditors' reports if the financial statements have been audited
3. Deciding to increase or reduce share capital
4. Deciding to allocate profits or how to cover losses, including determining the date on which the right to receive dividends is acquired and the date on which dividends are paid to members of the Company
5. Appointing auditors and setting the fees for their work
6. Deciding to institute liquidation proceedings and deciding to lodge an application for the institution of insolvency proceedings, on behalf of the Company
7. Appointing an administrator and approving the balance sheet on liquidation and the administrator's report
8. Deciding to acquire own shares
9. Deciding on the obligations of members of the Company to make additional payments or on reimbursement of such payments
10. Deciding to insist that a member of the Company leave the Company
11. Deciding to exclude a member of the Company for failing to make a cash payment or contribution in kind in respect of capital subscribed for
12. Deciding to sue to exclude a member of the Company
13. Deciding to withdraw or cancel a share
14. Issuing a power of attorney
15. Deciding to sue and appointing counsel in a dispute against a member of the Company
16. Approving a memorandum on the accession of a new member and consenting to the transfer of a share to a third party in the instance referred to in Article 167 of the Act
17. Deciding on reclassifications and changes in legal form

18. Approving legal acts in which there is a personal interest, in accordance with Article 66 of the Act
19. Consenting to the acquisition, sale, leasing out, pledging, or other disposal of high-value property, within the meaning of Article 470 of the Act
20. Adopting by-laws
21. Other transactions and decisions on major questions, in accordance with the Act and this decision

**Director**

### Article 14

The Company has 1 (one) Director

The role of Director of the Company is performed by Ivan Milošević, Personal ID No.: 0811975760039, who represents the Company independently, without limitation.

The General Meeting of Shareholders makes decisions to appoint or dismiss the Director, and if it dismisses the Director, it need not cite why.

The Director represents the Company towards third parties in accordance with this Memorandum of Incorporation and the rules of procedure of the General Meeting of Shareholders.

Directors are registered in accordance with the relevant provisions.

### Article 15

Directors of the Company conduct the business of the Company in accordance with this Memorandum of Incorporation and the rules of procedure of the General Meeting of Shareholders.

**Representation of the Company**

### Article 16

The Director of the Company represents the Company, independently and without limitation.

The Director may appoint someone else to represent the Company, within the bounds of his powers.

**Dividends and other payments**

### Article 17

The Company may pay dividends and remit other payments to the Founder at any time in accordance with statute.

**Period for which the Company has been incorporated and dissolution of the Company**

### Article 18

The Company has been founded for an indefinite period.

### Article 19

The Company may be dissolved under a decision by the Founder, in accordance with statute and this Memorandum of Incorporation.

**Amendments and supplements to the Memorandum of Incorporation**

### Article 20

Amendments and supplements to the Memorandum of Incorporation will be valid if they are signed and registered in accordance with statute. Signatures on amendments and supplements to the Memorandum of Incorporation need not be certified.

**Entry into force**

### Article 21

This Memorandum of Incorporation comes into force the date it is signed by (an) authorised representative(s) or by a representative of the Founder at the General Meeting of Shareholders and fully replaces the Memorandum of Incorporation dated 23 April 2015, which lapses.

Signatures on this Memorandum of Incorporation do not need to be certified.

**Copies of the Memorandum of Incorporation**

### Article 22

This Memorandum of Incorporation is drawn up in 4 (four) copies, two for the Founder, one for the purposes of registration, and one for the Company.

**On behalf of the Founder
acting through the General Meeting of Shareholders**

[Round stamp]
ŽELEZARA SMEDEREVO DOO
SMEDEREVO
1
•

[Signature] 0410957760035
Branče Stojanović, chair of the General Meeting of Shareholders

[Signature] 2109973960006
Prof. Dr Milenko Dželetović

[Signature] 1803360760013
Zoran Mišeljić

6

„ŽELEZARA SMEDEREVO" D.O.O.
SMEDEREVO
Broj: 203/3
Datum: 25.06.2016  4 9⁰⁰ (1)

## ODLUKA O OSNIVANJU
## „ŽELEZARA SMEDEREVO" DOO

Na osnovu članova 11, 12 i 141 Zakona o privrednim društvima *("Sl. glasnik RS", br. 36/2011, 99/2011, 83/2014 - dr. zakon i 5/2015)* (dalje: „**Zakon**") i člana 23 Odluke o osnivanju „Železara Smederevo" doo od dana 23.04.2015. godine, Republika Srbija kao jedini član i osnivač (dalje: **Osnivač**) PRIVREDNOG DRUŠTVA ZA PROIZVODNJU I PRERADU ČELIKA ŽELEZARA SMEDEREVO DOO SMEDEREVO, osnovanog u skladu sa zakonima Republike Srbije, sa sedištem na adresi Radinac, Smederevo, matični broj: 07342691, PIB: 103125366 (dalje: **Društvo**), u funkciji skupštine Društva, dana 25. juna 2016. godine donosi:

## ODLUKA O OSNIVANJU „ŽELEZARA SMEDEREVO" DOO

**Uvodne odredbe i predmet osnivačkog akta**

Ova Odluka o osnivanju (u daljem tekstu: osnivački akt) predstavlja novi osnivački akt Društva i u celosti zamenjuje prethodno donet osnivački akt i sve njegove izmene i dopune.

**Osnivač**

### Član 1.

Osnivač Društva je Republika Srbija.

**Pravna forma, poslovno ime, sedište, pretežna delatnost**

### Član 2.

Društvo ima oblik društva sa ograničenom odgovornošću.

### Član 3.

Poslovno ime Društva je: PRIVREDNO DRUŠTVO ZA PROIZVODNJU I PRERADU ČELIKA ŽELEZARA SMEDEREVO DOO SMEDEREVO.

Skraćeno poslovno ime Društva je: ŽELEZARA SMEDEREVO DOO.

Odluku o promeni poslovnog imena Društva donosi Osnivač, u skladu sa ovim osnivačkim aktom.

Poslovno ime Društva i skraćeno poslovno ime se registruju u skladu sa merodavnim propisima.

### Član 4.

Sedište Društva je u Smederevu, na adresi Radinac, 11300 Smederevo.

Odluku o promeni sedišta Društva donosi Osnivač, u skladu sa ovim osnivačkim aktom.

Društvo može, ali ne mora imati pečat i štambilj.

Ukoliko se koristi, pečat je okruglog oblika i sadrži poslovno ime ili skraćeno poslovno ime Društva.

Način korišćenja, čuvanja i uništavanja pečata utvrđuju Direktori.

Ukoliko se koristi, štambilj je pravougaonog oblika i sadrži tekst skraćenog poslovnog imena Društva, prostor za upisivanje broja predmeta i datuma zavođenja pismena u delovodni protokol.

Društvo može da ima svoj znak, koji označava njegovu pretežnu delatnost.

Znak Društva utvrđuje Osnivač.

### Član 5.
Pretežna delatnost Društva je: 24.10 Proizvodnja sirovog gvožđa, čelika i ferolegura.

Društvo može da obavlja i druge delatnosti u skladu sa zakonom, uključujući i delatnosti spoljnotrgovinskog prometa koje su u vezi sa ispunjenjem zahteva propisanih zakonom.

Odluku o promeni pretežne delatnosti Društva donosi Osnivač, u skladu sa ovim osnivačkim aktom.

### Član 6.
Društvo za svoje obaveze odgovara celokupnom imovinom.

Osnivač ne odgovara za obaveze Društva, osim u slučajevima predviđenim zakonom.

**Kapital, udeli**

### Član 7.
Ulog Osnivača u Društvo čini osnovni kapital Društva, koji ukupno iznosi 19.496.287.058,7117 dinara.

Ukupan upisan novčani kapital Društva iznosi 16.740.285.582,20 dinara.

Ukupan uplaćen novčani kapital Društva iznosi 16.740.285.582,20 dinara od dana 13.06.2012. godine.

Ukupan upisani nenovčani kapital Društva iznosi 2.756.001.476,5117 dinara.

Ukupan uneti nenovčani kapital Društva iznosi 2.756.001.476,5117 dinara, od čega je 611.303.012,5 dinara uneto dana 27.08.2013. godine u pravima, 34.716.356,8703 dinara uneto dana 30.06.2007. godine u stvarima, 2.109.982.107,1414 dinara uneto dana 25.08.2003. godine u stvarima.

### Član 8.
Udeli u osnovnom kapitalu Društva su kako sledi:

- **Republika Srbija** ima **100%** udela u osnovnom kapitalu Društva.

### Član 9.
Osnovni kapital Društva se može povećati unošenjem novih udela u osnovni kapital Društva, ili putem pretvaranja raspoloživih rezervi u osnovni kapital, ili putem pretvaranja (konverzije) dodatnih uplata u osnovni kapital, ili putem pretvaranja (konverzije) potraživanja prema Društvu u osnovni kapital, ili putem statusnih promena koje za svoj ishod imaju povećanje osnovnog kapitala, ili na bilo koji drugi način regulisan merodavnim propisima.

Osnovni kapital Društva se može povećati odlukom Osnivača, u skladu sa zakonom i ovim osnivačkim aktom.

**Član 10.**
Osnovni kapital Društva može se smanjiti odlukom Osnivača, u skladu sa zakonom i ovim osnivačkim aktom, ali ne ispod zakonom propisanog minimalnog osnovnog kapitala.

Smanjenje osnovnog kapitala Društva po jednom osnovu može se izvršiti istovremeno sa povećanjem osnovnog kapitala po drugom osnovu u skladu sa zakonom.

Registracija povećanja i smanjenja osnovnog kapitala Društva vrši se u skladu sa zakonom.

**Organi Društva**

**Član 11.**
Upravljanje Društva je organizovano kao jednodomno.

Organi Društva su:

1. Skupština i
2. Direktor.

**Skupština**

**Član 12.**
Osnivač vrši funkciju Skupštine, u skladu sa zakonom.

Osnivač ima nadležnosti utvrđene ovim osnivačkim aktom i zakonom.

**Član 13.**
U skladu sa ovim osnivačkim aktom, Osnivač odlučuje o sledećem:

1. usvajanje izmena odluke o osnivanju;
2. usvajanje finansijskih izveštaja, kao i izveštaja revizora ako su finansijski izveštaji bili predmet revizije;
3. odlučivanje o povećanju i smanjenju osnovnog kapitala;
4. odlučivanje o raspodeli dobiti i načinu pokrića gubitaka, uključujući i određivanje dana sticanja prava na učešće u dobiti i dana isplate učešća u dobiti članovima Društva;
5. imenovanje revizora i utvrđivanje naknade za njegov rad;
6. odlučivanje o pokretanju postupka likvidacije, kao i o podnošenju predloga za pokretanje stečajnog postupka od strane Društva;
7. imenovanje likvidacionog upravnika i usvajanje likvidacionih bilansa i izveštaja likvidacionog upravnika;
8. odlučivanje o sticanju sopstvenih udela;
9. odlučivanje o obavezama članova društva na dodatne uplate i o vraćanju tih uplata;
10. odlučivanje o zahtevu za istupanje člana Društva;
11. odlučivanje o isključenju člana Društva iz razloga neplaćanja, odnosno neunošenja upisanog uloga;
12. odlučivanje o pokretanju spora za isključenje člana Društva;
13. odlučivanje o povlačenju i poništenju udela;
14. davanje prokure;
15. odlučivanje o pokretanju postupka i davanju punomoćja za zastupanje društva u sporu protiv člana Društva;
16. odobravanje ugovora o pristupanju novog člana i davanje saglasnosti na prenos udela trećem licu u slučaju iz člana 167 Zakona;
17. odlučivanje o statusnim promenama i promenama pravne forme;

18. davanje odobrenje na pravne poslove u kojima postoji lični interes, u skladu sa članom 66 Zakona;
19. davanje saglasnost na sticanje, prodaju, davanje u zakup, zalaganje ili drugo raspolaganje imovinom velike vrednosti u smislu člana 470 Zakona;
20. donošenje poslovnika o svom radu;
21. drugi poslovi i odluke o drugim pitanjima, u skladu Zakonom i ovom odlukom.

**Direktor**

### Član 14.

Društvo ima 1 (jednog) Direktora.

Funkciju Direktora Društva obavlja Ivan Milošević, JMBG: 0811975760039, koji zastupa Društvo samostalno, bez ograničenja.

Odluku o imenovanju i razrešenju Direktora društva donosi Skupština Društva, pri čemu prilikom razrešenja Skupština Društva nije u obavezi da navede razloge za razrešenje Direktora Društva.

Direktor zastupa Društvo prema trećim licima u skladu sa ovim osnivačkim aktom i uputstvima Skupštine.

Direktori se registruju u skladu sa merodavnim propisima.

### Član 15.

Direktori Društva vode poslove Društva u skladu sa ovim osnivačkim aktom i uputstvima Skupštine Društva.

**Zastupanje Društva**

### Član 16.

Društvo predstavlja i zastupa Direktor Društva, i to samostalno i neograničeno.

Direktor može, u okviru svojih ovlašćenja, ovlastiti drugo lice za zastupanje Društva.

**Dividende i druge isplate**

### Član 17.

Društvo može da isplaćuje dividende i da vrši druge isplate Osnivaču u bilo kom trenutku u skladu sa zakonom.

**Period na koji je Društvo osnovano, prestanak Društva**

### Član 18.

Društvo je osnovano na neodređeno vreme.

### Član 19.

Društvo može da prestane da postoji odlukom Osnivača u skladu sa zakonom i ovim osnivačkim aktom.

**Izmene i dopune osnivačkog akta**

### Član 20.

Izmene i dopune osnivačkog akta biće punovažne ukoliko su potpisane i registrovane u skladu sa zakonom. Potpisi na izmenama i dopunama osnivačkog akta ne moraju biti overeni.

11

**Stupanje na snagu**

Član 21.

Ovaj osnivački akt stupa na snagu danom potpisivanja od strane ovlašćenog/ih zastupnika, odnosno predstavnika Osnivača u Skupštini Društva i u potpunosti zamenjuje osnivački akt od 23.04.2015. godine koji se stavlja van snage.

Ne postoji obaveza overe potpisa na ovom osnivačkom aktu.

**Primerci osnivačkog akta**

Član 22.

Ovaj osnivački akt sačinjen je u 4 (četiri) primeraka, dva primerka za Osnivača, jedan primerak za svrhu registracije i jedan primerak za potrebe Društva.

Za Osnivača
u funkciji Skupštine Društva

_____, 0410957760035
Brance Stojanović, predsednik Skupštine Društva

_____ 2101973960006
prof. dr Milenko Dželetović

_____ 7803960760013
Zoran Mišeljić