# EXHIBIT G

From: BBojkovic@zelsd.rs
Sent: Saturday, October 24, 2015 12:55 PM
To: "John Goodish" <jhgoodish@gmail.com>
Cc: Stanislav Barica/ZSD@zsd; "Peter Kamaras" <kamarasp@yahoo.com>; Aleksandar Andonovski/ZSD@zsd; "Milosevic, Boris" <bmilosevic@kpmg.com>; Pavol Vrchovinsky/ZSD@zsd; Miroslav Grela/ZSD@zsd; Vladan Mihailovic/ZSD@zsd; Ivan N Milosevic/ZSD@zsd
Subject: Re: Blast furnace Operations.


Thank you John. Your recommendation is and will be presented word by word.
Thank you
Best regards
Bojan
On Oct 24, 2015, at 12:52, John Goodish <jhgoodish@gmail.com> wrote:
Bojan
I understand that but I am not going to be here and he knows it or should.  Part of the problem here is communicating what people want to hear versus the facts. Serbia is not a vacuum.
I am making a recommendation based on good business practices which is why HPK was hired
I stated my position, which is my job.
Responsibility for the decision is now someone else's
Have a nice day.
Regards
On Sat, Oct 24, 2015 at 12:35 PM,  <BBojkovic@zelsd.rs> wrote:
Gentleman,
Before we do any action in this respect, we have to consult Government and
PM. PM is returning back this weekend after business trip and we can
arrange a meeting with him from Monday going forward.
Thank you
Best regards
Bojan
> On Oct 24, 2015, at 12:24, Stanislav Barica <SBarica@zelsd.rs> wrote:
>
> John,
>
> I fully agree, we have to start work on BF2 No2 rebuilt to return furnace
to full efficient production. We know that No1 stove do not work properly
and most probably as you have describe there is at the top checkers
deterioration. We should take a look to No1 stove from top inside for
proper definition scope of work and fix as much as possible during
recommended 45 days outage.
>
> I fully agree and support 45 days technological outage.
>
> Thank you
> Stano
>
> Sent from my iPhone
>
> > On Oct 24, 2015, at 11:56, John Goodish <jhgoodish@gmail.com> wrote:
> >
> > Gentleman
> >

1

> > I am recommending a 45 day outage on No.2 BF. As we all know this furnace needs No.2 stove rebuilt to return the furnace to full production. However what has not been known is that there is some deteriorated checkers in Stove No.1 The current estimate is 2-3 meters. The checker system is part of the stove that allows wind to flow thru the furnace and become heated. This deteriorated condition can limit wind thru the furnace and does cause the temperature to be reduced.
> >
> > Our current estimate is that we could pick up 30 degrees C of additional hot blast when we make this repair. We will not replace the checker system since we do not have refractory material at this time, however the stove will be more efficient with the deterioration remove. The 45 days is required in order to take the stove out of service and cool it down and make the repair. After the repair it will need to be heated at a controlled rate to prevent refractory damage. The coke savings alone should equate to roughly $2.00 per ton. We will see additional productivity and this could have a potential of $5.00 per ton overall reduction on cost from this furnace. If we were at full wind today on No. 2 our hot blast temperature would be 900 C, with No.2 stove out of service it would be about 880 C after the repair on No.1 stove and No 2 stove out of service we believe the temperature will be in the 930 C range.
> >
> > During this same outage we will take No.2 stove out of service and prepare it for a complete rebuild.The complete rebuild will take about 6 months since we do not have the refractory on hand. However with No1 stove repaired our production capability will be better than it is today at full wind.
> >
> > We should look in the Ukraine and Russia to see if there is stove material on the ground that we could use and cut the 6 month window down
> >
> > I would also suggest that we use Songer to supervise our people on both stoves as well as assisting in the search for the refractory material.
> >
> > We know the market is soft today primarily as a result of China and from a slower growth rate in the world economy. Our expectation is that we will see market improvement in the first half of 2016. We can not be in a position where we have orders but can't produce because of these stove issues. We also know at todays pricing we need to save every dollar we can.
> >
> > I clearly understand the potential public perception issue, however our job is to do what is in the long term interest of Serbia and Zelezara. Good PR can help with the perception but we need to make the right decision.
> >
> >
> > Regards
> > <Blast furnace 2 activities during extended curtail - 45 days.xlsx>