# EXHIBIT H

**From:** "rafferty" <rafferty@163.com>
**Date:** July 15, 2016 at 15:47:47 GMT+2
**To:** "Stano" <sbarica@zelsd.rs>
**Subject: Fw:**转发：**RE: Odg:** 回复：**Odg:** 回复：**Odg: RE:** 回复：**RE: Hesteel Serbia | Employment agreements**

Stano,

Please see the wording in Red.

We may need to discuss with the subcontractor and see if they can complete it earlier.

Regards,

Rafferty

-------- Forwarding messages --------
From: "13933316012" <13933316012@126.com>
Date: 2016-07-15 21:16:26
To: "Natasa hr" <NTijanic@zelsd.rs>
Cc: rafferty <rafferty@163.com>
Subject: 转发: RE: Odg: 回复: Odg: 回复: Odg: RE: 回复：RE: Hesteel Serbia | Employment agreements
Dear Natasa,
Kindly find here below the email from ministry of economy in which it indicates the finance for repairing the bridge& mixer.

Regards,
Grace

2016-07-15

13933316012

发件人："Zeljko Sertic" <zeljko.sertic@privreda.gov.rs>
发送时间：2016-06-24 15:57
主题：RE: Odg: 回复: Odg: 回复: Odg: RE: 回复：RE: Hesteel Serbia | Employment agreements
收件人："'13933316012'"<13933316012@126.com>
抄送："'Ivica Kojic'"<ivica.kojic@gov.rs>,"'Boris'"<bmilosevic@kpmg.com>,"'liguiyang'"<liguiyang@hbisco.com>,"'wanglanyu'"<wanglanyu@tsgg.com>,"'vladimir.petrovic'"<vladimir.petrovic

1

@privreda.gov.rs>,"'Milun Trivunac'"<milun.trivunac@privreda.gov.rs>,"'yang'"<yangguiqing@hbisco.com>

Mr Song

I am repeating for the 10th time that I have **never** promised that we will "*finance repairs*".  I am again repeating that I said "*we will look into your request*".  I hope that your translator/secretary is translating these words properly to you.

Regarding the below Article 4.5 of the Investment Agreement "Outstanding Matters under ASPA", please note that the below provision relates to the situation when steel mill's operations are suspended.  The hot blast stove general repair does not fall under this definition. Blast furnace operations are **NOT** suspended and both blast furnaces are working.  Yes, the hot blast stoves on Blast Furnace no. 2 need to be repaired but the blast furnace no. 2 is working and is producing up to 3,000 tons of hot metal per day even in such situation. Hence, the operations of Blast Furnace no. 2 are **NOT** suspended despite of the operational issues with hot stoves.

Similar is true for vast majority of the equipment that you have listed.  Vast majority are general repairs for equipment which works or relate to parts of equipment which is **NOT** "key production equipment" imperative for the production.  Attached is the excel with our comments.  As you will see:

1. we are already financing the new bridge for conveyers in the sintering plan (will be completed by end of August).

2. the only other equipment that suits the definition of the "key production asset whose operation is suspended" is the mixer in the steel plant.  We will of course finance this repair as agreed in the Investment Agreement

3. all other items are either not "key production equipment" or they are operational

    If you insist, we can discuss this further on our meeting today at 5pm, but I would more like to focus our today's meeting on other questions important for Closing and appropriate takeover of operations.

    Regards


Željko Sertić
Minister of Economy



Ministarstvo privrede
Ministry of Economy
Kneza Miloša 20, 11000 Beograd
Republika Srbija

2

Tel:    +381 11 3642702, 3642 615
Fax:    +381 11 3642705
Email: zeljko.sertic@privreda.gov.rs

**From:** 13933316012 [mailto:13933316012@126.com]
**Sent:** Friday, June 24, 2016 12:22 PM
**To:** Zeljko Sertic <zeljko.sertic@privreda.gov.rs>
**Cc:** Ivica Kojic <ivica.kojic@gov.rs>; Boris <bmilosevic@kpmg.com>; liguiyang <liguiyang@hbisco.com>; wanglanyu <wanglanyu@tsgg.com>; vladimir.petrovic <vladimir.petrovic@privreda.gov.rs>; Milun Trivunac <milun.trivunac@privreda.gov.rs>; yang <yangguiqing@hbisco.com>
**Subject:** 回复: Odg: 回复: Odg: 回复: Odg: RE: 回复 ： RE: Hesteel Serbia | Employment agreements

Dear Mr.Sertic,

Kindly note we dont mean any offense or insinuation to you. On the contrary,we respect you and always hope we can have good cooperation with each other.
And it was yourself who said "finance "them on the meeting of Thursday, 2nd June 2016 at 9am when we put up with key equipments matainese list.

From IA we could see not only the BF but also other key equipments are not allowed to suspend.Herebelow is the clause for your reference:

7.5 In the event that the **Closing** occurs, and either of the two blast furnaces are on full stop and/or other key production equipment or facilities are suspended for operation, as a result of which, the **New Company** incurred any cost and/or expenses for the restart or reoperation of such blast furnace and/or such key production equipment or facilities, the **New Company** has the right to deduct such costs and/or expenses (including reasonable accrued interest) directly from the Sale Price to be paid by the **New Company** when the First Transfer or the Second Transfer is made. In case the **New Company** cannot deduct such costs and/or expenses directly from the Sale Price, the **RoS** shall indemnify or reimburse **HBIS** such costs and/or expenses.

Regards,
Grace

2016-06-24

13933316012

发件人：Zeljko Sertic <zeljko.sertic@privreda.gov.rs>
发送时间：2016-06-24 09:22

3

主题：Odg: 回复: Odg: 回复: Odg: RE: 回复：RE: Hesteel Serbia | Employment agreements

收件人："13933316012"<13933316012@126.com>

抄送："Ivica Kojic"<ivica.kojic@gov.rs>,"Boris"<bmilosevic@kpmg.com>,"liguiyang"<liguiyang@hbisco.com>,"wanglanyu"<wanglanyu@tsgg.com>,"vladimir.petrovic"<vladimir.petrovic@privreda.gov.rs>,"Milun Trivunac"<milun.trivunac@privreda.gov.rs>,"yang"<yangguiqing@hbisco.com>

Mr Song

Your comments and insinuations are highly offensive!!

**Who has promised to you that the Government will finance the repair of key equipment and on which meeting**?  Please be specific!  There were 15 people on the only meeting where this was briefly discussed on 2nd June.  I have personally told you that we will "look into your request" (which in our culture does **NOT** mean that any obligation to do something was given) and at that moment we did not even have the excel schedule of equipment that you are asking.  For all we know, you could ask us to build entirely new blast furnace!

You claim that repair of equipment is the obligation of the Government.  Where is this written in the Asset Sales and Purchase Agreement (ASPA)?  Give us a specific article in the ASPA that relates to this.  What is the purpose of Hesteel's planned investments if the Government will finance repair of equipment?

Mr Song, if you were more in contact with me as the Minister and the Working Team of the Government of Serbia and not with Mr Kamaras who has his private agenda, this question would have been addressed much faster and all sides would have full understanding.  But you Mr Song are refusing a meeting with the Minister in the Government of Serbia and you are refusing to respond to our questions timely and fully.

Regards

Poslato sa mog Samsung uređaja

-------- Originalna poruka --------
Od: 13933316012 <13933316012@126.com>
Datum: 24.6.16. 00.15 (GMT+01:00)
U: Zeljko Sertic <zeljko.sertic@privreda.gov.rs>
Cc: Ivica Kojic <ivica.kojic@gov.rs>, Boris <bmilosevic@kpmg.com>, liguiyang <liguiyang@hbisco.com>, wanglanyu <wanglanyu@tsgg.com>, "vladimir.petrovic" <vladimir.petrovic@privreda.gov.rs>, Milun Trivunac <milun.trivunac@privreda.gov.rs>, yang <yangguiqing@hbisco.com>
Naslov: 回复: Odg: 回复: Odg: RE: 回复：RE: Hesteel Serbia | Employment agreements

Dear Mr Sertic.
Kindly find attached labor rule book as you mentioned as "Labor Work Manual" .
For maitanese list we believe that as a minister and gentleman you will not eat your words on the meeting before when you said you would finance it and there is no problem about these equipments.

Grace

2016-06-24

13933316012

发件人：Zeljko Sertic <zeljko.sertic@privreda.gov.rs>

发送时间：2016-06-22 00:22

主题：Odg: 回复: Odg: RE: 回复：RE: Hesteel Serbia | Employment agreements

收件人："sihaisong"<sihaisong@sohu.com>

抄送："Ivica Kojic"<ivica.kojic@gov.rs>,"Boris"<bmilosevic@kpmg.com>,"liguiyang"<liguiyang@hbisco.com>,"wanglanyu"<wanglanyu@tsgg.com>,"vladimir.petrovic"<vladimir.petrovic@privreda.gov.rs>,"Milun Trivunac"<milun.trivunac@privreda.gov.rs>,"yang"<yangguiqing@hbisco.com>,"13933316012"<13933316012@126.com>

# Mr Song

The Labour Work Manual (or the Labour Rule Book, it is the same name) is the document that individual employment contract refers to throughout the text.  This is a document that regulates rights and obligations of the Employer (Hesteel Serbian) and rights and obligations of an employee.  Please see two examples of labour contracts that you sent to us where the Labour Rule Book is referred to on several places.

Let me again remind everyone that signing of labour contracts until 15th June with all employees is a clear commitment given to us by Mr Li in his e-mail on 6th June as well as by Mr Song to our Prime Minister of the meeting held on 9th June and witnessed by the Ambassador of the People's Republic of China.

[Today](#) is 21st June and we still do not have all employment contracts signed.

On key equipment repair list: this has never been a part of any negotiations in Hesteel and is not any kind of commitment or obligation of the Government or Zelezara according to the signed agreements with Hesteel.  The only obligation of Zelezara is to prevent blast furnaces from being on full stopped of the Closing or from material adverse change in property and equipment between Signing and the Closing dates.  We have in good faith agreed to consider you request, but we never promised to anyone that we will finance this. This request for financing repairs of equipment is effectively renegotiations of the entire signed agreement from commercial perspective although need for repairs was noticed by Hesteel during due diligences and site visits and is not any kind of new information that appeared after the agreement have been signed in April.

I am reiterating the we expect to receive clear and concrete answers to the questions we are repetitively asking in the last several days, and not to be answered back with some other questions.  We consider this to be inappropriate way of communication.

Best regards


Poslato sa mog Samsung uređaja

-------- Originalna poruka --------
Od: 13933316012 <13933316012@126.com>
Datum: 21.6.16. 22.04 (GMT+01:00)

U: Zeljko Sertic <zeljko.sertic@privreda.gov.rs>
Cc: Ivica Kojic <ivica.kojic@gov.rs>, Boris <bmilosevic@kpmg.com>, liguiyang <liguiyang@hbisco.com>, wanglanyu <wanglanyu@tsgg.com>, sihaisong <sihaisong@sohu.com>, yangguiging <yangguiging@hbisco.com>, "vladimir.petrovic" <vladimir.petrovic@privreda.gov.rs>, Milun Trivunac <milun.trivunac@privreda.gov.rs>
Naslov: 回复: Odg: RE: 回复：RE: Hesteel Serbia | Employment agreements

Dear Mr. Sertic,
Could you pls clarity what is " Labor Work Manual ".
And kindly advise about the key equipment maitanese list ,have you already financed to repair them as you promised ?

Regards,
Grace

2016-06-21

13933316012

发件人：Zeljko Sertic <zeljko.sertic@privreda.gov.rs>

发送时间：2016-06-21 21:04

主题：Odg: RE: 回复：RE: Hesteel Serbia | Employment agreements

收件人："sihaisong"<sihaisong@sohu.com>

抄送：
"liguiyang"<liguiyang@hbisco.com>,"wanglanyu"<wanglanyu@tsgg.com>,"yangguiging"<yangguiging@hbisco.com>,"vladimir.petrovic"<vladimir.petrovic@privreda.gov.rs>,"Milun Trivunac"<milun.trivunac@privreda.gov.rs>,"Ivica Kojic"<ivica.kojic@gov.rs>,"Boris"<bmilosevic@kpmg.com>,"白景雪"<bxiaobai88@126.com>

Dear Mr Song

As will still have not received a Labor Work Manual from you despite several reminders, I insist that this document is sent to us tomorrow morning at latest.

In addition, please provide to us a definite and exact date when all employment contracts will be provided for signing to ALL EMPLOYEES!!!

Zeljko Sertic, minister

Poslato sa mog Samsung uređaja

-------- Originalna poruka --------
Od: "Milosevic, Boris" <bmilosevic@kpmg.com>
Datum: 20.6.16. 15.59 (GMT+01:00)
U: 白景雪 <bxiaobai88@126.com>
Cc: liguiyang <liguiyang@hbisco.com>, wanglanyu <wanglanyu@tsgg.com>, yangguiging <yangguiging@hbisco.com>, "vladimir.petrovic" <vladimir.petrovic@privreda.gov.rs>, Milun Trivunac <milun.trivunac@privreda.gov.rs>, Ivica Kojic <ivica.kojic@gov.rs>, Zeljko Sertic <zeljko.sertic@privreda.gov.rs>, sihaisong <sihaisong@sohu.com>
Naslov: RE: 回复：RE: Hesteel Serbia | Employment agreements

Dear Grace

Thank you for this.  We expect this information.

Also, as promised on Friday's meeting by Mr Song, we also expect that Hesteel sends us formally the Labor Work Manual.  Can we please get a copy of this document?

Best regards

Boris

**From:** 白景雪 [mailto:bxiaobai88@126.com]
**Sent:** Monday, June 20, 2016 3:58 PM
**To:** Milosevic, Boris <bmilosevic@kpmg.com>
**Cc:** liguiyang <liguiyang@hbisco.com>; wanglanyu <wanglanyu@tsgg.com>; yangguiging <yangguiging@hbisco.com>; vladimir.petrovic <vladimir.petrovic@privreda.gov.rs>; Milun Trivunac <milun.trivunac@privreda.gov.rs>; Ivica Kojic <ivica.kojic@gov.rs>; Zeljko Sertic <zeljko.sertic@privreda.gov.rs>; sihaisong <sihaisong@sohu.com>
**Subject:** 回复：RE: Hesteel Serbia | Employment agreements

Dear Boris,

Will check and revert to you.

Regards,

Grace

发自 网易邮箱大师

在2016年06月20日 10:06, Milosevic, Boris 写道：

Dear Ms Grace

Can you please let us know how many employees have signed the employment contracts by this morning?

Best regards

Boris

**From:** Milosevic, Boris
**Sent:** Friday, June 17, 2016 7:47 PM
**To:** '13933316012' <13933316012@126.com>
**Cc:** bxiaobai88 <bxiaobai88@126.com>; liguiyang <liguiyang@hbisco.com>; wanglanyu <wanglanyu@tsgg.com>; yangguiging <yangguiging@hbisco.com>; vladimir.petrovic <vladimir.petrovic@privreda.gov.rs>; Milun Trivunac <milun.trivunac@privreda.gov.rs>; Ivica Kojic <ivica.kojic@gov.rs>; Zeljko Sertic <zeljko.sertic@privreda.gov.rs>; sihaisong <sihaisong@sohu.com>
**Subject:** RE: Hesteel Serbia | Employment agreements

Dear Ms Grace

On behalf of the Minister Sertic, we thank you for this information.  Please keep us posted and we kindly ask that you send us the latest update tomorrow morning (third shift may be also signing contracts tonight).

Best regards

9

Boris

**From:** 13933316012 [mailto:13933316012@126.com]
**Sent:** Friday, June 17, 2016 8:44 PM
**To:** Milosevic, Boris <bmilosevic@kpmg.com>
**Cc:** bxiaobai88 <bxiaobai88@126.com>; liguiyang <liguiyang@hbisco.com>; wanglanyu <wanglanyu@tsgg.com>; yangguiging <yangguiging@hbisco.com>; vladimir.petrovic <vladimir.petrovic@privreda.gov.rs>; Milun Trivunac <milun.trivunac@privreda.gov.rs>; Ivica Kojic <ivica.kojic@gov.rs>; Zeljko Sertic <zeljko.sertic@privreda.gov.rs>; sihaisong <sihaisong@sohu.com>
**Subject:** Re: Hesteel Serbia | Employment agreements

Dear Boris,

Kindly note we are working on it ,now total signed at this moment is: 3082 out of 5001 for 24 hours (signing started yesterday morning). Printing of the contracts is completed too. and we expect to finish until Tuesday end of work.

Regards,

Grace

2016-06-17

13933316012

发件人："Milosevic, Boris" <bmilosevic@kpmg.com>

发送时间：2016-06-17 16:17

主题：

Boris