UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HPK MANAGEMENT D.O.O. and HPK ENGINEERING B.V.,<br><br>       Petitioners,<br><br>   v.<br><br>THE REPUBLIC OF SERBIA and ŽELEZARA SMEDEREVO D.O.O.,<br><br>       Respondents. | Civ. No.  1:18-cv-1773 |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

   Pursuant to Civil Local Rule 83.2(d), Petitioners move for the admission and appearance of attorney James M. Hosking *pro hac vice* in the above-entitled action.  This motion is supported by the Declaration of James M. Hosking, filed herewith.  As set forth in Mr. Hosking's declaration, he is admitted and an active member in good standing the following courts and bars: the New York State Supreme Court, the Second Circuit Court of Appeals, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, and the High Court of New Zealand.  This motion is supported and signed by Andreas A. Frischknecht, an active and sponsoring member of the Bar of this Court.

Dated: New York, New York  　　　Respectfully submitted,
　　　　July 31, 2018

**CHAFFETZ LINDSEY LLP**

By:   /s/ Andreas A. Frischknecht
　　　Andreas A. Frischknecht
　　　DC Bar No. NY0213
　　　1700 Broadway, 33rd Floor
　　　New York, NY 10019
　　　Tel. (212) 257-6960
　　　Fax. (212) 257-6950
　　　a.frischknecht@chaffetzlindsey.com

　　　*Attorneys for Petitioners*
　　　*HPK Management D.O.O. and*
　　　*HPK Engineering B.V.*