UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

HPK MANAGEMENT D.O.O. and HPK ENGINEERING B.V.,

          Petitioners,

v.

THE REPUBLIC OF SERBIA and ŽELEZARA SMEDEREVO D.O.O.,

          Respondents.

Civ. No. 1:18-cv-1773

---

## DECLARATION OF JAMES M. HOSKING IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, James M. Hosking, hereby declare:

1. My name, office address, and telephone number are as follows:

    James M. Hosking
    Chaffetz Lindsey LLP
    1700 Broadway, 33rd Floor
    New York, New York 10019
    Tel: 212-257-6960

2. I have been admitted to the following courts and bars:

    New York State Supreme Court (July 30, 2001) (NYS Attorney Registration No. 3988953)
    Second Circuit Court of Appeals (Oct. 17, 2011)
    U.S. District Court for the Southern District of New York (July 20, 2004) (SDNY Bar No.: JH5058)
    U.S. District Court for the Eastern District of New York (Aug. 1, 2008) (EDNY Bar No.: JH5058)
    High Court of New Zealand (September 1995)

3. I am currently in good standing with all states, courts and bars in which I am admitted.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 31st day of July, 2018.

Dated: New York, New York
       July 31, 2018

Respectfully submitted,

**CHAFFETZ LINDSEY LLP**

By: _____
James M. Hosking
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax. (212) 257-6950
james.hosking@chaffetzlindsey.com

*Attorneys for Petitioners*
*HPK Management D.O.O. and*
*HPK Engineering B.V.*

2