UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HPK MANAGEMENT D.O.O. and HPK ENGINEERING B.V.,<br><br>                    Petitioners,<br><br>          v.<br><br>THE REPUBLIC OF SERBIA and ŽELEZARA SMEDEREVO D.O.O.,<br><br>                    Respondents. | Civ. No.  1:18-cv-1773 |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JAMES M. HOSKING *PRO HAC VICE***

The Court has reviewed the Petitioners' motion for admission of attorney James M. Hosking *pro hac vice*.  Upon consideration of that motion, the Court grants attorney James M. Hosking *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____          _____
                                                         United States District Judge