UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HPK MANAGEMENT D.O.O. and HPK ENGINEERING B.V., <br><br> Petitioners, <br><br> v. <br><br> THE REPUBLIC OF SERBIA and ŽELEZARA SMEDEREVO D.O.O., <br><br> Respondents. | Civ. No.  1:18-cv-1773 |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Petitioners move for the admission and appearance of attorney Gretta L. Walters *pro hac vice* in the above-entitled action.  This motion is supported by the Declaration of Gretta L. Walters, filed herewith.  As set forth in Ms. Walters's declaration, she is admitted and an active member in good standing for the following courts and bars:  the New York State Supreme Court, the Second Circuit Court of Appeals, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York.  This motion is supported and signed by Andreas A. Frischknecht, an active and sponsoring member of the Bar of this Court.

Dated: New York, New York          Respectfully submitted,
       July 31, 2018

                                        **CHAFFETZ LINDSEY LLP**

                                 By:  /s/ Andreas A. Frischknecht
                                      Andreas A. Frischknecht
                                      DC Bar No. NY0213
                                      1700 Broadway, 33rd Floor
                                      New York, NY 10019
                                      Tel. (212) 257-6960
                                      Fax. (212) 257-6950
                                      a.frischknecht@chaffetzlindsey.com

                                      *Attorneys for Petitioners*
                                      *HPK Management D.O.O. and*
                                      *HPK Engineering B.V.*