UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

HPK MANAGEMENT D.O.O. and HPK ENGINEERING B.V.,

        Petitioners,

v.

THE REPUBLIC OF SERBIA and ŽELEZARA SMEDEREVO D.O.O.,

        Respondents.

Civ. No. 1:18-cv-1773

---

## DECLARATION OF GRETTA L. WALTERS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Gretta L. Walters, hereby declare:

1. My name, office address, and telephone number are as follows:

   Gretta L. Walters
   Chaffetz Lindsey LLP
   1700 Broadway, 33rd Floor
   New York, New York 10019
   Tel: 212-257-6960

2. I have been admitted to the following courts and bars:

   New York State Supreme Court (June 15, 2011) (NYS Attorney Registration No. 4932687)
   Second Circuit Court of Appeals (Nov. 5, 2015)
   U.S. District Court for the Southern District of New York (March 4, 2013) (SDNY Bar No.: GW5781)
   U.S. District Court for the Eastern District of New York (April 4, 2013) (EDNY Bar No.: GW5781)

3. I am currently in good standing with all states, courts and bars in which I am admitted.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located with the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 31st day of July, 2018.

Dated: New York, New York
July 31, 2018

Respectfully submitted,

CHAFFETZ LINDSEY LLP

By: _____
Gretta L. Walters
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax. (212) 257-6950
gretta.walters@chaffetzlindsey.com

*Attorneys for Petitioners
HPK Management D.O.O. and
HPK Engineering B.V.*