UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HPK MANAGEMENT D.O.O. and HPK ENGINEERING B.V., <br><br> Petitioners, <br><br> v. <br><br> THE REPUBLIC OF SERBIA and ŽELEZARA SMEDEREVO D.O.O., <br><br> Respondents. | Civ. No.  1:18-cv-1773 |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY
GRETTA L. WALTERS *PRO HAC VICE***

The Court has reviewed the Petitioners' motion for admission of attorney Gretta L.

Walters *pro hac vice*.  Upon consideration of that motion, the Court grants attorney Gretta L.

Walters *pro hac vice* admission to this Court.


IT IS SO ORDERED.

DATED: _____              _____

United States District Judge